Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA INTEGRATED BEHAVIORAL SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.   2:21-cv-01619-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

It is hereby stipulated by and between Plaintiff Nevada Integrated Behavioral Services, Inc. ("Plaintiff"), through its attorney, Peter M. Angulo of Angulo Law Group, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

The current deadline for either party to file a dispositive motion is June 8, 2022. [ECF No. 11, p. 3:1-4.] The current deadline to file a stipulation or motion for an extension of the dispositive motion deadline is May 18, 2022 [ECF No. 11, p. 4:10-15.] The parties are currently exploring a potential resolution and conclusion of this case following the May 9, 2022 close of discovery. Such a resolution, if reached, would eliminate the need for further briefing in this matter. Therefore, in the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that the dispositive motion deadline in this matter should be extended to **June 22, 2022**.

This is the Parties' first request for an extension of the dispositive motion deadline, and is not intended to cause any delay or prejudice to any party, but is intended in good faith so that the parties can continue to discuss potential case resolution.

DATED May 18, 2022.

ANGULO LAW GROUP LLC

/s/ *Peter M. Angulo*
Peter M Angulo, Esq.
5545 Mountain Vista Street, Suite F
Las Vegas, NV 89120

*Attorneys for Plaintiff*

*\*e-signature affixed with permission*

DATED May 18, 2022.

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Wells Fargo Bank, N.A.*

### ORDER

**IT IS ORDERED THAT the dispositive motion deadline in this matter shall be extended to June 22, 2022.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED May 19, 2022

NELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Wells Fargo Bank, N.A.*